**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2362**

_____

In re: QUENTIN W. BLANCHARD,

        Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Alexandria.  (1:25-cv-00938-MSN-WEF)

_____

Submitted:  January 22, 2026                         Decided:  January 28, 2026

_____

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Quentin W. Blanchard, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In this petition for a writ of mandamus, Quentin W. Blanchard alleges that the district court has unduly delayed acting in his underlying civil suit. Blanchard seeks an order from this court directing the district court to act. Review of the district court's docket shows that the court dismissed Blanchard's suit for lack of subject matter jurisdiction on December 30, 2025. *See Blanchard v. Gen. Servs. Admin.*, No. 1:25-cv-00938-MSN-WEF (E.D. Va., PACER No. 46). Because the district court recently decided Blanchard's case,[*] we deny the mandamus petition as moot.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] To the extent that Blanchard asks this court to direct the district court to grant him relief on the merits, mandamus "may not be used as a substitute for appeal," *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007), and we observe that Blanchard has already noted an appeal from the district court's dispositive order.

2